≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)                                     12cr10097

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No. **III**                    Investigating Agency  **USSS/Cam P.D.**

**City** Cambridge                       Related Case Information:   FILED
                                                                      IN CLERK'S OFFICE
**County** Middelsex                     Superseding Ind./ Inf. _____  Case No. _____
                                         Same Defendant _____  2012 APR New Defendant  x
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case Number _____
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **Mohammed Gisan**            Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No
Alias Name       **N/A**

Address          (City & State)  **Cambridge, MA**

Birth date (Yr only): **1986**  SSN (last4#): **3775**  Sex **M**  Race: **Bangladeshi**  Nationality: **USA**

Defense Counsel if known:  **Jennifer Wang**            Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  **Amy Harman Burkart**                    Bar Number if applicable  **651828**

Interpreter:   ☐ Yes  ☑ No         List language and/or dialect: _____

Victims:       ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

Matter to be SEALED:   ☐ Yes  ☑ No

       ☐ Warrant Requested           ☑ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint      ☑ Information          ☐ Indictment

**Total # of Counts:**     ☐ Petty          ☐ Misdemeanor          ☑ Felony  **5**

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **4-6-2012**         Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Mohammed Gisan

FILED

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1028(a)(7) | Identity Theft | 1 - 5 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011