Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. _____ |
| ) | |
| MOHAMMED GISAN ) | |

## WAIVER OF INDICTMENT

I, **MOHAMMED GISAN**, the above-named defendant, who is accused of – knowingly and with intent to defraud – possessing and using, in and affecting interstate commerce, without lawful authority, a means of identification of other persons – to wit names, dates of birth, and social security numbers – with intent to commit, and aid and abet, wire fraud, in violation of 18 U.S.C. §1028(a)(7), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on <u>May 21, 2012</u> prosecution by indictment and consent that
*(Date)*
the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant
Jennifer Wang

Before: _____
Judicial Officer
5/21/12