UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA)
                  Plaintiff)
                             )
                             )       CR. No. 12-10097-GAO
*v.*                           )
                             )
MAHAMMED GISAN)
                  Defendant)

## ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

    NOW comes the defendant, Mohammed Gisan, in the above–captioned matter and respectfully request that the Sentencing Hearing, currently scheduled for September 05th, 2012, be continued to November 15th, 2012.

    As ground therefore, defendant states:

1.    Defendant needs additional time to prepare for the Sentencing Hearing, including drafting Memorandum of Law with Respect of Sentencing Factors, speaking with potential witnesses who may testify at sentencing hearing;

2.    The Government does not oppose this motion and agrees to continue to November 15th, 2012 or later, depending on the court's available date.

    WHEREFORE, with the assent of the United States of America, the defendant respectfully requests that this Honorable Court continue the Sentencing Hearing to November 15th, 2012 or later, depending on the available date for the Court, and exclude the time through the date of Sentencing Hearing.

Date: August 6th, 2012            /s/ Jennifer Wang
                                          Jennifer Wang
                                          BBO No. 678440
                                          1372 Hancock St. #203
                                          Quincy, MA 02169
                                          617-221-3030
                                          617-770-0168 Fax
                                          AttorneyJenniferWang@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system is sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non- registered participants on the above date.


/s/ Jennifer Wang